# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN HOOLEY, et al., | Case No.: 2:19-cv-00012-RFB-NJK |
| Plaintiff(s), | |
| v. | **ORDER** |
| SEER STONE GLOBAL, et al., | |
| Defendant(s). | |

On March 21, 2019, default was entered. Docket No. 6. Since that date, no further action has been taken to advance this case. Either a motion for default judgment or voluntary dismissal papers must be filed by September 6, 2019.

IT IS SO ORDERED.

Dated: August 15, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1