P. STERLING KERR, ESQ.
Nevada Bar No. 3978
PETER R. PRATT, ESQ.
Nevada Bar No. 6458
LAW OFFICES OF P. STERLING KERR
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone No. (702) 451–2055
Facsimile No. (702) 451-2077
Email: sterling@sterlingkerrlaw.com
Email: peter@sterlingkerrlaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN HOOLEY, an individual; HOOLEY HOLDINGS, a Utah limited liability company; HOOLEY SOLUTIONS LLC, a Utah limited liability company; INTERNATIONAL MARKETS LIVE, INC., a New York corporation dba iMARKETSLIVE;<br><br>Plaintiffs,<br>v.<br><br>SEER STONE GLOBAL, a Wyoming limited liability company, QUANT CLUB, INC., a Delaware corporation; SINAI CAPITAL, INC., a Delaware corporation; WADE GOMETZ, an individual; SCOTT HALDEMAN, an individual; DOES 1 through 20,<br><br>Defendants. | Case No.: 2:19-cv-00012-RFB-NJK<br><br><br><br><br>**STIPULATED JUDGMENT** |

The Plaintiffs STEVEN HOOLEY, HOOLEY HOLDINGS, HOOLEY SOLUTIONS LLC, and INTERNATIONAL MARKETS LIVE, INC., and Defendants SEER STONE GLOBAL, a Wyoming limited liability company, QUANT CLUB, INC., a Delaware corporation, SINAI CAPITAL, INC., a Delaware corporation, WADE GOMETZ, an individual and SCOTT HALDEMAN, have reached an agreement as to the resolution of this matter and STIPULATE TO JUDGMENT as follows:

///

Judgment is hereby entered in favor of Plaintiffs Steven Hooley, Hooley Solutions, LLC, Hooley Holdings, LLC, and International Markets Live, Inc., and against Defendants SEER STONE GLOBAL, QUANT CLUB, INC., SINAI CAPITAL, INC., WADE GOMETZ, an and SCOTT HALDEMAN, as follows:

1. Declaratory Relief be granted to Plaintiff Steven Hooley that he is the sole owner of Hooley Solutions, LLC and Hooley Holdings, LLC.

2. Injunctive Relief be granted Plaintiffs Steven Hooley, Hooley Holdings, LLC, and Hooley Solutions, LLC, permanently enjoining Defendants from claiming any ownership of Hooley Solutions, LLC or Hooley Holdings, LLC or using the name of Steven Hooley or representing that they are associated with Steven Hooley or Hooley Solutions, LLC or Hooley Holdings, LLC.

3. Injunctive Relief be granted Plaintiff International Markets Live, Inc., Hooley Solutions, LLC, and Hooley Holdings, LLC, permanently enjoining Defendants from using any trade secrets, confidential information, programs, member list, or other information of International Markets Live, Inc, Hooley Solutions, LLC, or Hooley Holdings, LLC.

4. While Plaintiff Hooley Solutions has alleged total damages in the amount of $750,000 for Compensatory, Special, and General Damages in Favor of Plaintiff Hooley Solutions, LLC, the Parties have Agreed to a Stipulated Judgment in favor of Plaintiff Hooley Solutions in the amount of $110,000, with $10,000 to paid by Defendants immediately and $100,000 to be paid through a promissory note to Hooley Solutions, for 3 years, with annual interest of 2.43% compounded annually, without a prepayment penalty.

5. Each side will pay their own attorney's fees.

**JUDGMENT**

1. Declaratory Relief is hereby granted to Plaintiff Steven Hooley declaring he is the sole owner of Hooley Solutions LLC and Hooley Holdings.

2. Injunctive Relief is hereby granted to Plaintiffs Steven Hooley, Hooley Holdings, and Hooley Solutions LLC against Defendants permanently enjoining Defendants from claiming any ownership of Hooley Solutions, LLC or Hooley Holdings, LLC or using the name of Steven Hooley or representing that they are associated with Steven Hooley or Hooley Solutions, LLC or Hooley Holdings, LLC.

3. Injunctive Relief is hereby granted Plaintiff International Markets Live, Inc., Hooley Solutions, LLC, and Hooley Holdings, LLC, permanently enjoining Defendants from using any trade secrets, confidential information, programs, member list, or other information of International Markets Live, Inc, Hooley Solutions, LLC, or Hooley Holdings, LLC.

4. Stipulated Judgment in favor of Plaintiff Hooley Solutions in the amount of $110,000, with $10,000 to paid by Defendants immediately and $100,000 to be paid through a promissory note to Hooley Solutions, for 3 years, with annual interest of 2.43% compounded annually, without a prepayment penalty.

5. Each side will pay their own attorney's fees.

Dated this 16th day of October, 2019.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Submitted by:

LAW OFFICES OF P. STERLING KERR

_____
STERLING KERR, ESQ.
Nevada Bar No. 3978
PETER R. PRATT, ESQ.
Nevada Bar No. 6458
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Attorneys for the Plaintiffs

_____
SEER STONE GLOBAL

_____
SCOTT HALDEMAN

_____
QUANT CLUB, INC.

_____
SINAI CAPITAL, INC.

_____
WADE GOMETZ